# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: David Anton Satterwhite            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-22526 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Argolica LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
11 Jul 2023, 16:26:05, EDT

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com