**PROCEEDING MEMO**

**Date: 07/13/2023 01:30 pm**

**In re:    David Anton Satterwhite**

**Bankruptcy No. 22-22526-CMB**
**Chapter: 13**
**Doc. #17**

**Appearances:   Ronda Winnecour, Trustee**
**David Satterwhite (pro-se)**

**Nature of Proceeding: #17 Contested January 9, 2023 Plan**

**OUTCOME:  Hearing held.   Matter continued to conciliation on 8/22/2023 at 10:00 a.m. by  zoom.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
7/14/23 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22526-CMB |
| David Anton Satterwhite | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Jul 14, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

**Recip ID**      **Recipient Name and Address**
db      + David Anton Satterwhite, 2433 S. Braddock Ave., Pittsburgh, PA 15218-2244

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:

**Name**      **Email Address**

Denise Carlon
     on behalf of Creditor Argolica LLC dcarlon@kmllawgroup.com

Jeffrey R. Hunt
     on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
     on behalf of Creditor Woodland Hills School District jhunt@grblaw.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
     jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

TOTAL: 6