**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID ANTON SATTERWHITE | Case No. 22-22526CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>ARGOLICA LLC | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> NO CLAIM HAS BEEN FILED.  THE CREDITOR HAS NOT CASHED TRUSTEE'S DISBURSEMENT CHECKS.  TAX NOTICES AT THE COUNTY RECORDS REFLECT A SPECIALIZED LOAN SERVICING COLLECTING TAX BILLS.

| | |
|---|---|
| ARGOLICA LLC<br>2003 WESTERN AVE STE 340<br>SEATTLE, WA 98121 | Court claim# NC/Trustee CID# 6 |

The Movant further certifies that on 11/17/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>DAVID ANTON SATTERWHITE, 2433 S. BRADDOCK AVE., PITTSBURGH, PA  15218<br><br>:<br>SPECIALIZED LOAN SERVICING LLC**, ATTN BANKRUPTCY NOTICING, 6200 S QUEBEC ST, GREENWOOD VILLAGE, CO  80111<br><br>NEW CREDITOR: | ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106<br><br>ORIGINAL CREDITOR:<br>ARGOLICA LLC, 2003 WESTERN AVE STE 340, SEATTLE, WA  98121 |
|---|---|