**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DAVID ANTON SATTERWHITE | Case No. 22-22526CMB |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | Document No __ |
| vs. | |
| ARGOLICA LLC | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> NO CLAIM HAS BEEN FILED.  THE CREDITOR HAS NOT CASHED TRUSTEE'S DISBURSEMENT CHECKS.  TAX NOTICES AT THE COUNTY RECORDS REFLECT A SPECIALIZED LOAN SERVICING COLLECTING TAX BILLS.

ARGOLICA LLC  
2003 WESTERN AVE STE 340  
SEATTLE, WA 98121

Court claim# NC/Trustee CID# 3

The Movant further certifies that on 11/17/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
   original creditor
   putative creditor
   counsel for debtor(s)
   counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | ORIGINAL CREDITOR'S COUNSEL: |
|---|---|
| DAVID ANTON SATTERWHITE, 2433 S. BRADDOCK AVE., PITTSBURGH, PA  15218 | KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| : | ORIGINAL CREDITOR: |
| SPECIALIZED LOAN SERVICING LLC**, ATTN BANKRUPTCY NOTICING, 6200 S QUEBEC ST, GREENWOOD VILLAGE, CO  80111 | ARGOLICA LLC, 2003 WESTERN AVE STE 340, SEATTLE, WA  98121 |
| NEW CREDITOR: | |