**Date: 09/10/2024 01:30 pm**

**In re:** David Anton Satterwhite

**Bankruptcy No. 22-22526-CMB**
**Chapter: 13**
**Doc. #51**

**Appearances:** Ronda Winnecour, Denise Carlon, David Satterwhite (pro-se Debtor)

**Nature of Proceeding:** #51 Continued Motion of Argolica LLC, its Successors and/or Assigns to Allow Filing of Claim

**Additional Pleadings:** #53 Response by Chapter 13 Trustee (filed previously)

**Outcome:**
(2:07 p.m.)

Order to be submitted by September 16.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
9/11/24 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA