IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David Anton Satterwhite<br>Debtor(s) | CHAPTER 13 |
| Argolica LLC<br>Movant<br>vs. | NO. 22-22526 CMB |
| David Anton Satterwhite<br>Debtor(s) | Related to Doc. No. 51, 64 |
| Ronda J. Winnecour<br>Trustee | 11 U.S.C. Section 362 |

### STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter the following Stipulation:

WHEREAS, Argolica LLC, has filed a motion to allow a Late Claim with respect to the Debtors' real property of 2433 S Braddock Avenue Pittsburgh, PA 15218. (Doc. 51).

WHEREAS, The Chapter 13 Trustee, filed a response on behalf of the Debtor taking no position on whether to allow the claim to be filed (Doc. 53).

WHEREAS, the parties enter into this Stipulation to resolve the motion to allow the late Claim.

It is therefore Stipulated and agreed as follows:

1. Motion to allow a Late Claim shall be denied in its entirety.

2. For the purposes of this case, the address for notices and payments for Argolica, LLC, serviced by Land Home Financial Services, LLC, shall be:

| Notice Address: | Payment Address: |
|---|---|
| Land Home Financial Services, Inc.<br><br>3611 South Harbor Blvd, Suite 100<br><br>Santa Ana, CA 92704 | Land Home Financial Services, Inc.<br><br>Attn: Payment Processing<br><br>P.O. Box 25164<br><br>Santa Ana, CA 92799 |

3. The scheduled hearing for the Motion to Allow the Late Claim on August 13, 2024, shall be cancelled by way of this Stipulation.

4. Trustee a shall receive a copy of this Stipulation once filed by email. As for the Debtor, a copy shall be mailed by U.S. Mail in a timely manner.

Consented to by:

/s/ Denise Carlon
Denise Carlon, Esquire
PA ID No. 317226
KML Law Group, P.C.
Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 216-627-1322
dcarlon@kmllawgroup.com

David Anton Satterwhite
PRO SE
2433 S. Braddock Avenue
Pittsburgh, PA 15218
US Mail

/s/ Owen Katz
Owen W. Katz, Esquire for
Ronda Winnecour, Esquire
Office of Chapter 13 Trustee, WDPA
Attorney ID 36473
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15235
okatz@chapter13trusteewdpa.com

On this __24th__ day of __September__, 2024, it is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

_____
Bankruptcy Judge

FILED
9/24/24 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 22-22526-CMB
David Anton Satterwhite                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Sep 24, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Anton Satterwhite, 2433 S. Braddock Ave., Pittsburgh, PA 15218-2244 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Argolica LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Sep 24, 2024 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6