UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:     (Debtors' names)                           CHAPTER 13

David Anton Satterwhite                               CASE NO: 22-22526

# NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| **Business Name or Full Name of Creditor** (please print legibly or type):<br><br>Argolica, LLC | This change applies to **TRUSTEE'S PROOF OF CLAIM #** (if known): 3 & 6<br><br>Account # (if any): 0067 |
|---|---|
| **Payment** Address:<br><br>c/o Land Home Financial Services, Inc.<br>P.O. Box 660155<br>Dallas, TX  75266-0155 | New **Payment** Address (street, rural route or P.O. Box, City, State, and Zip):<br><br>**Same – No Change** |
| **Old** **Notice** Address (or address to be replaced):<br><br>c/o Land Home Financial Services, Inc.<br>3611 South Harbor Blvd.<br>Suite 100<br>Santa Ana, CA  92704 | New **Notice** Address (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Land Home Financial Services, Inc.<br>1355 Willow Way<br>Suite 250<br>Concord, CA  94520 |
| Date: 11/17/2025 | /s/ Jordan Morrison<br>**Signature of person submitting change of address**<br>Name: Jordan Morrison<br>Address: c/o Weinstein & Riley, P.S.<br>749 Gateway, Suite G-601<br>Abilene, TX 79602<br>Phone #: (877) 332-3543 |

**THIS CHANGE APPLIES TO (CHECK ONE): X    THIS CASE ONLY;
AT PRIOR ADDRESS.**

47964650