ECMC

P.O. Box 64909, St. Paul, MN 55164-0909    P 651-221-0566    www.ecmc.org

January 22, 2026

Clerk of U.S. Bankruptcy Court
Pennsylvania Western Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

RE: David Anton Satterwhite
SSN: XXX-XX-9850
BANKRUPTCY CASE#: 22-22526-CMB

Dear Clerk:

Please withdraw claim #1 filed by Educational Credit Management Corporation (ECMC) in the amount of $16,375.35 filed on December 20, 2023. This debt has been approved for disability discharge.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at (651) 325-3677.

Sincerely,

/s/ Debra Wilcoxson
Debra Wilcoxson
Operations Specialist Lead
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408