**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: DAVID SATTERWHITE, Debtor**
**Chapter 13**
**Case No. 22-22526-CMB**

FILED
2026 SEP -4 P 12:17
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

# DEBTOR'S FINAL EXHIBIT PACKET

**Regarding Trustee's Certificate of Default / Request for Dismissal**

David Satterwhite, Debtor, Pro Se

**Purpose:** To document the payment history, reconcile the current arrearage, support the hardship explanation, and present a feasible cure supported by ongoing family contributions.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: DAVID SATTERWHITE, Debtor**
**Chapter 13**
**Case No. 22-22526-CMB**

**EXHIBIT LIST**

| Exhibit | Description |
|---|---|
| A | Payment Reconciliation and Arrearage Explanation |
| B | Chapter 13 Trustee's Official Account Ledger |
| C | Debtor's Bank Records Showing TFS Payments |
| D | September 2, 2026 TFS Payment Confirmation |
| E | Declaration of Bailey C. Satterwhite Regarding $700 Monthly Financial Support |
| F | Medical Documentation Supporting Debtor's Hardship (Identifiers Redacted) |
| G | Debtor's Proposed Cure Alternatives |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: DAVID SATTERWHITE, Debtor**
**Chapter 13**
**Case No. 22-22526-CMB**

# EXHIBIT A

## PAYMENT RECONCILIATION AND ARREARAGE EXPLANATION

**Debtor's updated position.** After further review, the Debtor does not dispute that the current arrearage is approximately the equivalent of five monthly plan payments at $2,290, or $11,450, subject to credit for the September 2, 2026 payment when received and posted by the Trustee.

**Reason reconciliation is requested.** The Debtor's records show that, after the May 2025 modification became effective, he missed four monthly payments. The current five-payment-equivalent arrearage therefore appears to include approximately one additional month that was already outstanding, carried forward, or otherwise reflected in the accounting at the time of the May 2025 modification. Put differently, even if the Debtor had made every post-modification payment when due, the present accounting indicates that approximately one month of arrearage still would have remained.

**The Debtor is not asking the Court to disregard the current arrearage.** He requests that the Trustee's accounting and the May 2025 modification be reconciled so the source of the additional one-month amount is clear, while allowing the Debtor to cure the full amount determined to be due and complete the Chapter 13 plan.

**Post-modification $2,290 payments reflected in Debtor records:**

- 06/05/2025
- 07/25/2025
- 08/28/2025
- 10/21/2025
- 11/18/2025
- 12/08/2025
- 01/21/2026
- 02/24/2026
- 04/06/2026
- 05/19/2026
- 06/03/2026
- 08/04/2026
- 09/02/2026 (submitted through TFS; posting subject to processing)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: DAVID SATTERWHITE, Debtor**
**Chapter 13**
**Case No. 22-22526-CMB**

# EXHIBIT B

## CHAPTER 13 TRUSTEE'S OFFICIAL ACCOUNT LEDGER

4:28

AccountLedger

| Date Paid | Claim | Check Number | Name of Party | Description | Amount |
|---|---|---|---|---|---|
| 08/10/2026 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,290.00 |
| 06/09/2026 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,290.00 |
| 05/26/2026 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,290.00 |
| 04/10/2026 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,290.00 |
| 03/02/2026 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,290.00 |
| 01/27/2026 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,290.00 |
| 12/12/2025 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,290.00 |
| 11/24/2025 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,290.00 |
| 10/27/2025 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,290.00 |
| 09/04/2025 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,290.00 |
| 07/31/2025 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,290.00 |
| 06/11/2025 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,290.00 |
| 04/16/2025 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 02/26/2025 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 01/02/2025 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 11/07/2024 | | | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |

| | | | |
|---|---|---|---|
| 10/0[illegible]/2024 | N/A | TFS - MONTHLY PLAN PAYMENT | [illegible] |
| 08/26/2024 | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 07/25/2024 | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 06/10/2024 | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 05/08/2024 | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 04/15/2024 | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 03/11/2024 | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 02/08/2024 | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 01/09/2024 | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 12/06/2023 | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 11/13/2023 | N/A | TFS - NATIONWIDE TFS RECEIPT | $2,070.00 |
| 10/10/2023 | N/A | TFS - MONTHLY PLAN PAYMENT | $2,070.00 |
| 09/06/2023 | N/A | TFS - MONTHLY PLAN PAYMENT | $1,850.00 |
| 08/04/2023 | N/A | TFS - MONTHLY PLAN PAYMENT | $1,850.00 |
| 07/21/2023 | N/A | TFS - MONTHLY PLAN PAYMENT | $1,850.00 |
| 06/09/2023 | N/A | TFS - MONTHLY PLAN PAYMENT | $1,850.00 |
| 05/05/2023 | N/A | TFS - MONTHLY PLAN PAYMENT | $1,850.00 |
| 04/10/2023 | N/A | TFS - MONTHLY PLAN PAYMENT | $1,850.00 |
| 03/08/2023 | N/A | TFS - MONTHLY PLAN PAYMENT | $1,850.00 |



**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: DAVID SATTERWHITE, Debtor**
**Chapter 13**
**Case No. 22-22526-CMB**

# EXHIBIT C

## DEBTOR'S BANK RECORDS SHOWING TFS PAYMENTS

The bank screenshots reflect TFS withdrawals of $2,297.99, consisting of the $2,290 plan payment plus the TFS technology fee.



03/01/2025 - 08/21/2026 X

| | |
|---|---|
| TFS 888-729-2413 TFS PAY<br>Aug 4 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY<br>Jun 3 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY<br>May 19 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY<br>Apr 6 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY<br>Feb 24 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY<br>Jan 21 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY<br>Dec 8, 2025 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY<br>Nov 18, 2025 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY<br>Oct 21, 2025 | -$2,297.99 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: DAVID SATTERWHITE, Debtor**
**Chapter 13**
**Case No. 22-22526-CMB**

**EXHIBIT C - CONTINUED**

2:26

All Transactions

tfs

03/01/2025 - 08/21/2026

Feb 24

| | | |
|---|---|---|
| TFS 888-729-2413 TFS PAY | Jan 21 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY | Dec 8, 2025 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY | Nov 18, 2025 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY | Oct 21, 2025 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY | Aug 28, 2025 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY | Jul 25, 2025 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY | Jun 5, 2025 | -$2,297.99 |
| TFS 888-729-2413 TFS PAY | Apr 10, 2025 | -$2,077.99 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: DAVID SATTERWHITE, Debtor**
**Chapter 13**
**Case No. 22-22526-CMB**

# EXHIBIT D

## SEPTEMBER 2, 2026 TFS PAYMENT CONFIRMATION

This confirmation shows a $2,290 plan payment initiated through TFS on September 2, 2026 (transaction ID 22743550). The confirmation reflects that processing had started; credit is requested when the payment is received and posted by the Trustee.






☐

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: DAVID SATTERWHITE, Debtor**
**Chapter 13**
**Case No. 22-22526-CMB**

# EXHIBIT E

## DECLARATION OF BAILEY C. SATTERWHITE REGARDING FINANCIAL SUPPORT

I, Bailey C. Satterwhite, declare as follows:

**1.** I am an adult and am the daughter of David Satterwhite, the Debtor in the above-captioned Chapter 13 bankruptcy case.

**2.** I make this Declaration voluntarily to confirm my intention and ability to provide financial assistance to my father so that he can remain current with his Chapter 13 obligations, cure his payment delinquency, and successfully complete his Chapter 13 plan.

**3.** I have agreed to provide my father with $700.00 per month in financial support.

**4.** I intend to provide this $700.00 monthly contribution on a regular basis to assist my father with his Chapter 13 plan payments and with curing any delinquency in accordance with any arrangement or modification approved by the Court.

**5.** The $700.00 monthly financial support is a voluntary gift and family contribution. It is not a loan, and I do not expect or require my father to repay these funds.

**6.** I understand that my father intends to rely upon this monthly contribution as an additional source of funds available to meet his Chapter 13 obligations.

**7.** I presently have the financial ability to make the stated $700.00 monthly contribution, and I intend to continue providing this support for the remainder of my father's Chapter 13 plan, to the extent necessary to assist him in successfully completing the plan.

**8.** I am providing this Declaration voluntarily and understand that it may be provided to the Chapter 13 Trustee and filed with the United States Bankruptcy Court for the Western District of Pennsylvania in connection with Case No. 22-22526-CMB.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/01/2026

City and State: Pittsburgh, PA

Bailey C. Satterwhite, Declarant

Signature: [signature]

☐

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

# EXHIBIT F

## MEDICAL DOCUMENTATION SUPPORTING DEBTOR'S HARDSHIP

**Redaction note:** Unnecessary personal identifiers have been redacted from this copy. The document is a patient health summary generated August 30, 2026. It reflects, among other matters, systemic lupus erythematosus (SLE) with pericarditis as an active problem and recent methotrexate treatment beginning in August 2026.

---

David A Satterwhite

[redacted]

[redacted]

[redacted]

[redacted]

Iodinated Contrast Media
Hydrocodone Acetaminophen

cholecalciferol, Vitamin D3 (D3-2000) 50 mcg (2,000 unit) oral
fexofenadine (ALLEGRA) 180 mg oral tablet
fluticasone propionate (FLONASE) 50 mcg/actuation nasal spray
FLAXSEED ORAL
albuterol sulfate (VENTOLIN HFA) 90 mcg/actuation inhl inhaler
omeprazole (PRILOSEC) 20 mg oral delayed release capsule
triamcinolone (KENALOG) 0.1 % topical cream
ibuprofen (IBU) 800 mg oral tablet
predniSONE (DELTASONE) 2.5 mg oral tablet
hydroxychloroquine (PLAQUENIL) 200 mg oral tablet
predniSONE (DELTASONE) 2.5 mg oral tablet
methotrexate sodium 25 mg/mL injection
Syringe with Needle, Disp. (TUBERCULIN SYRINGE) 1 mL 27 x 1/2" misc syringe
folic acid 1 mg oral tablet
predniSONE (DELTASONE) 5 mg oral tablet
predniSONE (DELTASONE) 5 mg oral tablet

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DAVID SATTERWHITE, Debtor
Chapter 13
Case No. 22-22526-CMB

EXHIBIT F - CONTINUED (ACTIVE PROBLEMS)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: DAVID SATTERWHITE, Debtor**
**Chapter 13**
**Case No. 22-22526-CMB**

# EXHIBIT G

## DEBTOR'S PROPOSED CURE ALTERNATIVES

**Current working arrearage:** Approximately five monthly payments at $2,290 = $11,450, subject to reconciliation and credit for the September 2, 2026 payment when posted.

**Alternative 1 - Additional cure period.** Allow a reasonable additional period for the Debtor to cure the arrearage while maintaining required ongoing plan payments. Bailey C. Satterwhite will contribute $700 per month as a voluntary gift toward plan performance and cure.

**Alternative 2 - Spread the arrearage over the remaining 15 months.** Using the current working arrearage of $11,450, the cure component would be approximately $763.33 per month over 15 months. Added to the regular $2,290 plan payment, the approximate total would be $3,053.33 per month. Bailey's $700 monthly contribution would cover most of the cure component, leaving approximately $63.33 per month of the cure component to be funded by the Debtor, in addition to the regular plan payment.

**Requested objective.** Avoid dismissal, reconcile the source of the one-month difference associated with the May 2025 modification/accounting, credit all payments actually received, and approve or permit a feasible cure arrangement that allows the Debtor to complete the Chapter 13 case.

**Important:** These are proposed settlement/cure alternatives. Any modification or cure remains subject to the Bankruptcy Code, applicable rules, the Trustee's position, and Court approval.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: DAVID SATTERWHITE, Debtor**
**Chapter 13**
**Case No. 22-22526-CMB**

## EXHIBIT F - CONTINUED (ACTIVE PROBLEMS)

---

[illegible]

[redacted]