**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CASE NAME** | **David Anton Satterwhite** |
| **CASE NO.** | **22-22526-CMB** |
| **RELATED TO DOCUMENT NO.** | **78** |

**NOTICE REGARDING
NONCONFORMING DOCUMENT**

The **"Debtor's Final Exhibit Packet"** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

IT APPEARS THIS DOCUMENT WAS INTENDED TO BE A RESPONSE TO THE TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE BUT WAS FILED IN AN INCORRECT FORMAT. THE DOCUMENT MUST BE REFILED TO COMPLY WITH THE COURT'S ORDER ISSUED ON 8/14/2026, NAMELY, THAT ONE OF THE FOLLOWING MUST BE FILED:

(1) DOCUMENTARY PROOF OF PAYMENT ACCORDING TO THE INSTRUCTIONS ATTACHED TO THE ORDER AND A NOTARIZED AFFIDAVIT OR DECLARATION AS OUTLINED IN THE ORDER; OR
(2) A NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS USING JUDGE BOHM'S FORM AVAILABLE ON THE COURT'S WEBSITE; OR
(3) A NOTICE OF PROPOSED MODIFICATION TO PLAN AND AMENDED PLAN USING JUDGE BOHM'S FORM AVAILABLE ON THE COURT'S WEBSITE AND LOCAL FORM 10; OR
(4) A STIPULATED ORDER MODIFYING PLAN USING JUDGE BOHM'S FORM AVAILABLE ON THE COURT'S WEBSITE.

You must file one of the above within ten (10) days of the date of this notice.

If you fail to meet this deadline may result in **the case being dismissed without prejudice.**

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the document that is filed in response to this Notice.**

September 9, 2026 — Date

By: /s/Melissa Guthrie — Deputy Clerk

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 22-22526-CMB
David Anton Satterwhite Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Sep 09, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Anton Satterwhite, 2433 S. Braddock Ave., Pittsburgh, PA 15218-2244 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Matthew Fissel | on behalf of Creditor Land Home Financial Services Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Argolica LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7