**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2026 SEP 18 P 1:19
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

| | |
|---|---|
| **IN RE:**<br><br>**DAVID ANTON SATTERWHITE**<br>Debtor. | **Case No. 22-22526-CMB**<br>**Chapter 13** |
| **DAVID ANTON SATTERWHITE,**<br>Movant, | Related Trustee Certificate of Default at<br>Doc. No. 17 & 43<br><br>Order requiring response at<br>Doc. No. ________ |
| - vs. - | |
| **RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,**<br>Respondent. | |

## NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

**1.** Debtor proposes to cure the plan default pleaded in the Chapter 13 Trustee's Certificate of Default.

**2.** The cure shall be effected as follows: Debtor will continue making the regular monthly Chapter 13 plan payment of **$2,290.00**. In addition, Debtor proposes to pay **$700.00 per month** toward the remaining plan default, funded by a voluntary monthly contribution from Debtor's daughter, Bailey C. Satterwhite. The additional $700.00 payments will continue until the default is fully cured. Any remaining cure balance near the end of the existing plan term will be paid in a final catch-up payment or other amount agreed with the Trustee, so that the cure is completed within the lawful plan term unless the Court approves a different treatment. The exact cure balance shall be reconciled to the Trustee's records. Debtor will continue all regular plan payments while the proposed cure is pending.

**3.** All objections to the proposed cure must be filed and served no later than twenty-one (21) days after the date of this Notice upon the Debtor and Chapter 13 Trustee. Untimely objections will not be considered. Any creditor filing a timely objection must appear at the scheduled Conciliation Conference.

**4.** A virtual (Zoom) Conciliation Conference on the proposed cure will be held on October 29, **2026, at** 9:00 A**.m.**, before the Chapter 13 Trustee. The participation information is available through the Trustee's Chapter 13 calendar procedures.

Date: 9/18/26

[signature]
David Anton Satterwhite, Debtor, Pro Se
Address: 2433 S. Braddock Ave
Pittsburgh, PA 15218
Telephone: 724-320-8627
Email: DavidSatterwhite815@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In re: David Anton Satterwhite, Debtor**
**Case No. 22-22526-CMB - Chapter 13**

## NOTARIZED DECLARATION OF DEBTOR IN RESPONSE TO CERTIFICATE OF DEFAULT

I, **David Anton Satterwhite**, declare as follows:

**1.** I am the Debtor in this Chapter 13 case and make this declaration from my personal knowledge.

**2.** I acknowledge that the Trustee's accounting reflects a monetary default. My records show that after the plan modification effective in May 2025, I missed four monthly payments. The Trustee's accounting has reflected a deficiency equivalent to approximately five monthly payments. I am not asking the Court to ignore the Trustee's current balance; I request that the payment history be reconciled because the additional one-payment deficiency appears to have existed even if all post-modification payments I identify had been made.

**3.** My payment difficulties occurred during a period of significant medical hardship, including lupus flare-ups and a treatment transition. I began methotrexate on August 17, 2026. My condition and treatment have been improving, and I intend to complete my Chapter 13 plan.

**4.** After the Trustee's Certificate of Default and the Court's August 14, 2026 Order, I submitted a full plan payment of **$2,290.00** through TFS. The National Data Center record shows that the Trustee posted a **$2,290.00 payment on September 10, 2026**.

**5.** I will continue the regular monthly plan payment of **$2,290.00**. My daughter, Bailey C. Satterwhite, has agreed to provide **$700.00 per month** to assist me in curing the default and completing the plan.

**6.** I propose that the additional $700.00 monthly amount be applied to the default until it is cured, with any final remaining cure balance paid as necessary within the lawful plan term, subject to reconciliation with the Trustee's records and further order of Court if required.

**7.** I am acting in good faith and respectfully request that the case remain pending while I maintain regular plan payments and perform the proposed cure.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 9/18/26 [signature]
David Anton Satterwhite, Debtor

## NOTARY ACKNOWLEDGMENT

Commonwealth of Pennsylvania
County of Allegheny

Subscribed and sworn (or affirmed) before me on September 18, 2026, by David Anton Satterwhite.

[signature]
Notary Public

My commission expires: 01/18/2029

Commonwealth of Pennsylvania - Notary Seal
Alexander M. Giegel, Notary Public
Allegheny County
My commission expires January 18, 2029
Commission number 1276804
Member, Pennsylvania Association of Notaries

[SEAL]

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In re: David Anton Satterwhite, Debtor
Case No. 22-22526-CMB - Chapter 13**

## DECLARATION OF BAILEY C. SATTERWHITE REGARDING MONTHLY SUPPORT

I, **Bailey C. Satterwhite**, declare as follows:

**1.** I am the daughter of Debtor David Anton Satterwhite.

**2.** I voluntarily agree to contribute **$700.00 per month** to my father to assist him with curing his Chapter 13 plan payment default and completing his Chapter 13 plan.

**3.** I intend for this contribution to continue monthly while needed for the proposed cure, subject to the requirements of the Chapter 13 Trustee and the Court.

**4.** This contribution is a voluntary family support payment and is not a loan that my father is required to repay to me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 09/14/26 [signature]
Bailey C. Satterwhite

# EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| A | National Data Center payment history / Trustee posting confirmation showing $2,290 posted September 10, 2026. |
| B | TFS payment confirmation showing $2,290 payment cleared TFS and was transmitted toward the Trustee. |
| C | August 14, 2026 Order Directing Further Action and Instructions for Documentary Proof of Payment. |

# EXHIBIT A

National Data Center - Trustee Payment Posting Confirmation

NATIONALDATACENTER 2026-9-17 19:54:7

×

**Text Notifications now available**

Get SMS messages when events occur on your case.

Configure Notifications



**Case Number: 2222526**

TRUSTEE: Ronda Winnecour (Pittsburgh, PA)

NDC CASE STATUS: ACTIVE OPEN

| | |
|---|---|
| Data Last Updated | **Sep 16, 2026** |
| Total Paid into Plan | **$75,840.00** |
| Petition Filed on | **Dec 27, 2022** |

RECENT PAYMENTS

09/10/2026
TFS - MONTHLY PLAN PAYMENT
$2,290.00
08/10/2026
TFS - MONTHLY PLAN PAYMENT
$2,290.00
06/09/2026
TFS - MONTHLY PLAN PAYMENT
$2,290.00

Page 1 of 2

---

NATIONALDATACENTER 2026-9-17 19:54:7

MESSAGE CENTER

NDC User Alert Trustee Notification

**09/11/26** Your payment in the amount of **$2290.00** was posted by the trustee on Sep 10, 2026.

TRUSTEE DETAILS

**Ronda Winnecour**
Pittsburgh, PA
(412) 471-5566

TRUSTEE PAYMENT

**Ronda J. Winnecour - Trustee**
P.O. Box 84051
Chicago, IL 60689-4002

ATTORNEY CONTACT

**Pro Se**

# EXHIBIT B

TFS Payment Confirmation



7:37

Amount paid
$2,290.00

Pay bill

Based on this email

Correct?

support Sep 9
to me

TFS

Payment Started
Payment Cleared
3 Payment Arrived at Trusteeship

David Satterwhite,

Your TFS payment for $2,290.00 has cleared the TFS system and is on its way to Ronda J. Winnecour!

For reference purposes, the transaction ID for this payment is 22743550.

You can sign in to your TFS account to check your payment status or update your future payment schedule. You can also find answers to common questions at our support site.

Reply

Forward

# EXHIBIT C

August 14, 2026 Order and Documentary Proof Instructions

Form COD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bankruptcy Case No.: 22–22526–CMB
Chapter: 13

**David Anton Satterwhite**

Debtor(s)

**ORDER DIRECTING FURTHER ACTION IN RESPONSE TO CHAPTER 13 TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL**

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and is in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **twenty–one (21) days from the date of this Order,** Debtor(s) must file (1) *Documentary Proof of Payment* according to the accompanying *Instructions,* (2) a *Notarized Affidavit or Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes (a) an explanation of Debtor(s)' failure to comply with the current plan payment and/or (b) a statement setting forth why the Debtor(s) disputes the *Certificate of Default.*

**IT IS FURTHER ORDERED** that to the extent the Debtor(s) does not contest that the Debtor(s) is in default of the current plan, the Debtor(s) shall file one of the following within twenty–one (21) days of the date of this Order to avoid dismissal of the instant bankruptcy case:

A. a *Notice of Proposal to Cure Plan Defaults* in a form that substantially complies with the form available on Judge Bohm's 'Forms' webpage (and which can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/CMB–form–ch13–4.pdf). Said Notice shall include a date and time for the Conciliation Conference on the proposed cure selected from a date listed on the Trustee's Website, which date shall be no less than 30 and no more than 60 days after the date of the Notice;

**OR**

B. a *Notice of Proposed Modification to Plan* (in a form which substantially complies with the form found on Judge Bohm's 'Forms' webpage and can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/CMB–form–ch13–5.pdf) and an *Amended Plan.* (in accordance with the provisions of the *Chapter 13 Initial Case Management Order*) to the extent the Debtor(s) assert they can confirm and perform an *Amended Plan* to remain in Chapter 13. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) defaults on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing;

**OR**

C. a *Stipulated Order Modifying Plan* in a form that substantially complies with the form available on Judge Bohm's 'Forms' webpage (and which can be directly access at https://www.pawb.uscourts.gov/sites/default/files/forms/CMB–form–ch13–3.pdf), and filed in accordance with the procedures as set forth in the *Chapter 13 Initial Case Management Order* regarding Stipulated Orders Modifying Plans.

Provided the Debtor(s) files a *Notice of Proposal to Cure Plan Defaults* or a *Notice of Proposed Modification to Plan* and *Amended Plan* the matter will follow the Court's standard conciliation/confirmation process as set forth in the *Chapter 13 Initial Case Management Order.*

Dated: August 14, 2026

Carlota M Bohm
United States Bankruptcy Judge

32708004551014

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment. The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689

32708004551014

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In re: David Anton Satterwhite, Debtor**
**Case No. 22-22526-CMB - Chapter 13**

## CERTIFICATE OF SERVICE

I certify that on September 18 9/18/26, 2026, I served a true and correct copy of the Notice of Proposal to Cure Plan Defaults and accompanying response materials upon the Chapter 13 Trustee and all other parties required to receive notice, by the method(s) indicated below.

Chapter 13 Trustee Ronda J. Winnecour: US Steel Tower - Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

Method of service: ■ U.S. Mail ■ Electronic service ■ Other: ____________

Other required parties / creditors served:

1. Selene Finance, LP PO Box 8619, Philadelphia, PA 19101-8619
2. ____________
3. ____________
4. ____________

Date: 9/18/26 [signature]
David Anton Satterwhite, Debtor, Pro Se

**ATTACHMENT REQUIRED BY THE CLERK:** Copy of the September 9, 2026 Notice Regarding Nonconforming Document. This notice is placed at the front of the corrected filing as directed by the Clerk.

2026 SEP 18 P 1:19

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASE NAME | David Anton Satterwhite |
| CASE NO. | 22-22526-CMB |
| RELATED TO DOCUMENT NO. | 78 |

NOTICE REGARDING
NONCONFORMING DOCUMENT

The **"Debtor's Final Exhibit Packet"** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

IT APPEARS THIS DOCUMENT WAS INTENDED TO BE A RESPONSE TO THE TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE BUT WAS FILED IN AN INCORRECT FORMAT. THE DOCUMENT MUST BE REFILED TO COMPLY WITH THE COURT'S ORDER ISSUED ON 8/14/2026, NAMELY, THAT ONE OF THE FOLLOWING MUST BE FILED:

(1) DOCUMENTARY PROOF OF PAYMENT ACCORDING TO THE INSTRUCTIONS ATTACHED TO THE ORDER AND A NOTARIZED AFFIDAVIT OR DECLARATION AS OUTLINED IN THE ORDER; OR
(2) A NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS USING JUDGE BOHM'S FORM AVAILABLE ON THE COURT'S WEBSITE; OR
(3) A NOTICE OF PROPOSED MODIFICATION TO PLAN AND AMENDED PLAN USING JUDGE BOHM'S FORM AVAILABLE ON THE COURT'S WEBSITE AND LOCAL FORM 10; OR
(4) A STIPULATED ORDER MODIFYING PLAN USING JUDGE BOHM'S FORM AVAILABLE ON THE COURT'S WEBSITE.

*You must file one of the above within ten (10) days of the date of this notice.*

*If you fail to meet this deadline may result in* **the case being dismissed without prejudice.**

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the document that is filed in response to this Notice.**

September 9, 2026
Date

By: /s/Melissa Guthrie
Deputy Clerk

#106c-I

35307003936010